UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 0 6 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MILDRED BEDNORZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. V-04-72 |
| DIVERSICARE LEASING CORPORATION, et al., | § § § § | |
| Defendants. | § | |

## ORDER

On June 3, 2005, the parties informed the Court that this action has settled. Accordingly, the parties are ORDERED to submit closing papers no later than thirty (30) days after the entry of this Order, or this case will be dismissed.

Signed this 6th day of June, 2005.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE